**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-7303**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

ENRICO SALAZAR SANCHEZ, a/k/a Juan Sanchez,
a/k/a Carlos Pun,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
00-36-DKC)

─────────────

Submitted: November 21, 2002      Decided: December 3, 2002

─────────────

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Enrico Salazar Sanchez, Appellant Pro Se. Ranganath
Manthripragada, Assistant United States Attorney, Gina Laurie
Simms, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland,
for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Enrico Salazar Sanchez appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Sanchez, No. CA-00-36-DKC (D. Md. filed Aug. 19, 2002; entered Aug. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED